SHAWN N. ANDERSON
Acting United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 17-00035 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| AUSTIN JAY SAN NICOLAS, | Granting in Part Application to Seal Documents |
| Defendant. | |

THIS MATTER came before this court on the United States' Application to Seal Documents (the "Application"), which requested that the court seal certain documents identified therein, along with the Application and the court's order on said Application. Having reviewed the Application, the court grants the Application in part and orders that the Application and the initiating document be filed under seal, based on the court's finding that the sealing of said documents serves a compelling government interest as identified in the Application, that in the absence of closure, there is a substantial probability this compelling interest would be harmed, and there are no alternatives to sealing that would adequately protect the compelling interest. This Order, however, shall not be filed under seal.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 11, 2017