SHAWN N. ANDERSON
Acting United States Attorney
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 11 2017
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN JAY SAN NICOLAS, <br><br> Defendant. | CRIMINAL CASE NO. 17-00035 <br><br> **UNITED STATES' MOTION TO FILE JUSTIFICATION UNDER SEAL** |

COMES NOW the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for an Order allowing it to file under seal, the Government's Justification for Continuing Status Hearing. The government makes this request for the reasons set forth in the justification.

RESPECTFULLY SUBMITTED this 11TH day of October, 2017.

SHAWN N. ANDERSON
Acting United States Attorney
Districts of Guam and NMI

By: /s/ Stephen F. Leon Guerrero
STEPHEN F. LEON GUERRERO
Assistant U.S. Attorney

U.S. Motion to Seal Justification